IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE A. JOHNAKIN, :
    Petitioner :
:
vs.                                        CIVIL NO. 1:CV-11-0157
:
JOSEPH P. NISH, Superintendent, et al., :
    Respondents :

*O R D E R*

AND NOW, this 11th day of February, 2011, upon consideration of the report (doc. 5) of the magistrate judge, filed January 26, 2011, the petitioner's agreement with the recommendation, and upon independent review of the record, it is ordered that:

    1. The Clerk of Court shall transfer this case to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. 2241(d).

    2. The Clerk shall also close this file.

                                                /s/William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge